IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| MICHAEL VINCENT ADAMS, <br> ADC #99530, | * <br> * <br> * | |
| Plaintiff, | * | |
| v. | * <br> * | No. 5:99-cv-00207-JJV |
| G. DAVID GUNTHARP; *et al.*, | * <br> * | |
| Defendants. | * | |

## ORDER

The Court directs the Arkansas Attorney General to respond to Mr. Adam's Motion to Compel Settlement (Doc. No. 85) within thirty (30) days from the date of this Order.

IT IS SO ORDERED this 6th day of February, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE